■ The People of the State of New York, Respondent, v Tibursio Adame, Appellant. [813 NYS2d 347]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Craig J. Doran, J.—

Course of Sexual Conduct Against a Child, 1st Degree). Present—Pigott, Jr., P.J., Scudder, Kehoe, Pine and Hayes, JJ.